United States Courts
Southern District of Texas
FILED

MAR 14 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL NO.: **19 CR 185** |
| § | |
| MELVIN JONES § | |
| DAIVION GULLY § | |
| DEANJELO WELLS § | |
| ARTAVIUS JOHNSON § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

INTRODUCTION

At all times material to this Indictment, Gulf Gas is a Wellesley Hills, MA, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Chevron is a San Ramon, California, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Sunny Food Mart is a Houston, Texas, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

Page 1 of 8

COUNT ONE

Aiding and Abetting Interference with Commerce by Robbery

On or about November 3, 2018, in the Houston Division of the Southern District of Texas, the defendants,

MELVIN JONES,
DAIVION GULLY,
DEANJELO WELLS and
ARTAVIUS JOHNSON,

aiding and abetting others known and unknown to the grand jury, did unlawfully obstruct, delay, and affect interstate commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did aid and abet the unlawful taking and obtaining of property, that is, U.S. currency belonging to Sunny's convenience store, a business located at 9075 South Dairy Ashford Road in Houston, Texas, that was engaged in and affected interstate commerce, against an employee's will by means of actual and threatened force, violence, and fear of injury to the employee.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

COUNT TWO
Aiding and Abetting Discharge of a Firearm
During a Crime of Violence

On or about November 3, 2018, in the Houston Division of the Southern District of Texas, the defendants,

                MELVIN JONES,
                DAIVION GULLY,
           DEANJELO WELLS and
            ARTAVIUS JOHNSON,

did aid and abet others known and unknown to the grand jury to knowingly brandish and discharge a firearm, namely, a handgun, during and in relationship to a crime of violence for which one or more of them may be prosecuted in a court of the United States, to wit: Aiding and Abetting Interference with Commerce by Robbery as alleged in Count One, and did cause the death of a person, to wit: Hafeez Qureshi, through the use of that firearm.

    In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), 924 (j)(1) and 2.

### COUNT THREE

<u>Aiding and Abetting Interference with Commerce by Robbery</u>

    On or about October 24, 2018, in the Houston Division of the Southern District of Texas, the defendants,

                MELVIN JONES and
                DEANJELO WELLS,

aiding and abetting others known and unknown to the grand jury, did unlawfully obstruct, delay, and affect interstate commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did aid and abet the unlawful taking and obtaining of property, that is, U.S. currency belonging to Chevron gas

station, a business located at 8265 Richmond Avenue in Houston, Texas, that was engaged in and affected interstate commerce, against an employee's will by means of actual and threatened force, violence, and fear of injury to the employee.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR
### Aiding and Abetting Brandishing a Firearm During a Crime of Violence

On or about October 24, 2018, in the Houston Division of the Southern District of Texas, the defendants,

MELVIN JONES and
DEANJELO WELLS,

did aid and abet others known and unknown to the grand jury to knowingly carry and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which one or more of them may be prosecuted in a court of the United States, to wit: Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Three, in violation of Title 18, United States Code, §§ 1951(a) and 2.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

COUNT FIVE

Aiding and Abetting Interference with Commerce by Robbery

On or about October 24, 2018, in the Houston Division of the Southern District of Texas, the defendants,

MELVIN JONES and
DEANJELO WELLS,

aiding and abetting others known and unknown to the grand jury, did unlawfully obstruct, delay, and affect interstate commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did aid and abet the unlawful taking and obtaining of property, that is, U.S. currency belonging to Gulf gas station, a business located at 3300 Yellowstone Boulevard in Houston, Texas, that was engaged in and affected interstate commerce, against an employee's will by means of actual and threatened force, violence, and fear of injury to the employee.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

COUNT SIX
Aiding and Abetting Brandishing a Firearm
During a Crime of Violence

On or about October 24, 2018, in the Houston Division of the Southern District of Texas, the defendants,

MELVIN JONES and
DEANJELO WELLS,

did aid and abet others known and unknown to the grand jury to knowingly carry and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which one or more of them may be prosecuted in a court of the United States, to wit: Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Five, in violation of Title 18, United States Code, §§ 1951(a) and 2.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SEVEN

### Aiding and Abetting Interference with Commerce by Robbery

On or about September 26, 2018, in the Houston Division of the Southern District of Texas, the defendants,

DAIVION GULLY and
DEANJELO WELLS,

aiding and abetting others known and unknown to the grand jury, did unlawfully obstruct, delay, and affect interstate commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did aid and abet the unlawful taking and obtaining of property, that is, U.S. currency belonging to Gulf gas station, a business located at 3300 Yellowstone Boulevard in Houston, Texas, that was engaged in and affected interstate commerce, against an

employee's will by means of actual and threatened force, violence, and fear of injury to the employee.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT EIGHT
### Aiding and Abetting Brandishing a Firearm During a Crime of Violence

On or about September 26, 2018, in the Houston Division of the Southern District of Texas, the defendants,

DAIVION GULLY and
DEANJELO WELLS,

did aid and abet others known and unknown to the grand jury to knowingly carry and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which one or more of them may be prosecuted in a court of the United States, to wit: Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Seven, in violation of Title 18, United States Code, §§ 1951(a) and 2.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), and Title 28, United States Code, § 2461, the United States of America gives notice to the defendants,

MELVIN JONES,
DAIVION GULLY,
DEANJELO WELLS and
ARTAVIUS JOHNSON,

that, in the event of conviction of the offense charged in Counts Two, Four, Six and Eight, the United States of America shall forfeit all firearms and ammunition involved in or used in a violation of Title 18, United States Code, § 924(c)(1)(A).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: *(signature)*
CARRIE WIRSING
Assistant United States Attorney

BY: *(signature)*
JILL J STOTTS
Assistant United States Attorney